# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK


## <u>JUDGMENT IN A CIVIL CASE</u>


**Monida Kim Daily**
             Plaintiff

        vs.                                 **CASE NUMBER: 5:12-CV-1078 (DNH/ATB)**

**Carolyn W. Colvin, Acting Commissioner of Social Security**
             Defendant


**Decision by Court.**  This action came to hearing before the Court.
                  The issues have been heard and a decision has been rendered.



IT IS ORDERED AND ADJUDGED


That pursuant to the Stipulated Consent Order, the final decision of the Commissioner is REVERSED and REMANDED to the defendant pursuant to the fourth sentence of 42 USC section 405(g), for further administrative proceedings.

All of the above pursuant to the order of the Honorable Magistrate Judge Andrew T. Baxter, dated the 15th day of February, 2013.


DATED: February 15, 2013

                           *Laurence K. Baxter*
                           Clerk of Court


                 s/

                 _____
                 Joanne Bleskoski
                 Deputy Clerk